**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIAZAR CABRERA-GUTIERREZ, | No. 09-72741 |
| Petitioner, | Agency No. A070-045-101 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:     B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Eliazar Cabrera-Gutierrez, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's order denying his motion to reopen deportation proceedings

conducted in absentia in 1990.  We have jurisdiction under 8 U.S.C. § 1252.  We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

review for abuse of discretion the denial of a motion to reopen, *Garcia v. INS*, 222 F.3d 1208, 1209 (9th Cir. 2000), and we deny the petition for review.

The agency did not abuse its discretion in denying Cabrera-Gutierrez's motion to reopen where the record reflects that Cabrera-Gutierrez's counsel of record was served with the hearing notice. *See id*. (notice to attorney of record constitutes notice to alien); *see also Matter of Velasquez*, 19 I. & N. Dec. 377, 384 (BIA 1986) (stating that "under the regulations, there is no 'limited' appearance of counsel in immigration proceedings").

**PETITION FOR REVIEW DENIED.**